THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Michael T.
 Brown, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

Appeal From Laurens County
Brooks P. Goldsmith, Circuit Court Judge
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No.  2012-UP-340 
Submitted May 1, 2012 – Filed May 30, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Jennifer A. Kinzeler, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief.  Respondent consents
 to Petitioner's request for a belated direct appeal.  Accordingly, we grant the
 petition for a writ of certiorari and proceed with a review of the direct
 appeal issues pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60
 (1986), and White v. State, 263 S.C. 110, 208 S.E.2d 35 (1974).
Petitioner appeals his
 convictions of distribution of crack cocaine and conspiracy to distribute crack
 cocaine, arguing the circuit court erred in instructing the jury on reasonable
 doubt.  Petitioner also asserts numerous pro se issues.  After a thorough review of the record and all briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Petitioner's appeal and grant
 counsel's motion to be relieved.
APPEAL
 DISMISSED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.